## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **MARK ANDERSON** | * | **CIVIL NO. 6:16-0877** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **QUALITY CONSTRUCTION & PRODUCTION, LLC, ET AL** | * | **MAGISTRATE JUDGE WHITEHURST** |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, MARK ANDERSON, and upon suggesting to the Court that the parties have amicably resolved the captioned matter, Plaintiff moves to dismiss his claims against Defendants, MICHAEL FASS and QUALITY CONSTRUCTION & PRODUCTION, LLC, with full prejudice, with each party to bear its own costs.

Date: February 20, 2017

Respectfully submitted:

/s/Remy A. M. Jardell
RÉMY A. M. JARDELL
Bar Roll Number 30566
Attorney at Law
625 St. John Street
Lafayette, LA 70501
Telephone: 337-267-0985
Facsimile: 337-267-0991
Attorney for Plaintiff, Mark Anderson