RECEIVED

FEB 2 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| MARK ANDERSON | * | CIVIL NO. 6:16-0877 |
| VERSUS | * | JUDGE DOHERTY |
| QUALITY CONSTRUCTION & PRODUCTION, LLC, ET AL | * | MAGISTRATE JUDGE WHITEHURST |

## ORDER OF DISMISSAL

Considering the foregoing Motion to Dismiss;

IT IS ORDERED, ADJUGED AND DECREED, that the claims brought by Plaintiff, MARK ANDERSON, against Defendants, MICHAEL FASS and QUALITY CONSTRUCTION & PRODUCTION, LLC, be dismissed with full prejudice, with each party to bear its own costs.

Lafayette, Louisiana, this 23rd day of February, 2017.

THE HONORABLE REBECCA F. DOHERTY